UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY LOVE, | No. 2:22cv1761 KJM CKD PS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TRI-COUNTIES BANK, | |
| Defendant. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: April 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1