UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOVE,<br><br>         Plaintiff,<br><br>    v.<br><br>TRI-COUNTIES BANK,<br><br>         Defendants. | No.  2:22-cv-01761-KJM-CKD<br><br>**ORDER** |

      Plaintiff proceeds in this action without counsel.  On October 31, 2022, this action was referred to the magistrate judge pursuant to Local Rule 302(c)(21).

      On January 3, 2024, the magistrate judge filed findings and recommendations (ECF. No. 31), which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  On January 12, 2024, plaintiffs filed objections to the proposed findings and recommendations (ECF. No. 32), which the Court considered.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

///

Accordingly, IT IS ORDERED that:

1. The findings and recommendations, filed on January 3, 2024 (ECF No. 31), are ADOPTED IN FULL;
2. Plaintiff's Motion for Extension of Time (ECF No. 30) is DENIED;
3. The action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b); and
4. The Clerk of Court is directed to close this case.

Date: May 1, 2024

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge