UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRI-COUNTIES BANK,<br><br>　　　　Defendant. | No. 2:22-cv-01761-TLN-CKD<br><br>ORDER |

Defendant Tri-Counties Bank ("Defendant") filed a Motion for Attorneys' Fees in this closed action against Plaintiff Mary Love ("Plaintiff"), who is now proceeding pro se. On February 10, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. The deadline has passed, and no objections were filed.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations was returned as undeliverable, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of her current address and service of documents at the record address of the party is fully effective. E.D. Cal. L.R. 182(f).

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*.

1

*See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 54) are ADOPTED IN FULL;
2. Defendant's Motion for Attorneys' Fees is GRANTED in the amount of $44,671.00 against Plaintiff.

Date: March 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2